

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00085-CV

| | | |
|---|---|---|
| GREGORY S. THOMAS AND T-4 FARM, LLC, Appellants | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (17-360705-25) |
| V. | § | June 19, 2025 |
| BRIAN C. THOMAS, INDIVIDUALLY AND ON BEHALF OF POST OAK OIL & GAS, LP AND POST OAK OIL & GAS GP, LLC, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Gregory S. Thomas and T-4 Farm, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth